**STATE of Missouri, Respondent,**

v.

**Frederick L. PERKINS, Appellant.**

**No. ED 80175.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 29, 2002.

Kent Denzel, Columbia, Assistant State Public Defender, MO, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for respondent.

Before MARY R. RUSSELL, P.J., CLIFFORD H. AHRENS, J., and CHARLES B. BLACKMAR, Sr. J.

## *ORDER*

PER CURIAM.

Frederick L. Perkins ("Defendant") appeals from a jury verdict finding him guilty of first-degree assault in violation of section 565.050 RSMo 2000. He was sentenced to a term of thirty years in prison. On appeal, Defendant asserts the trial court erred in refusing to admit evidence that the state had dismissed a burglary charge against him due to a change in the

victim's account of the incident. We find no error and affirm.

No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. The parties have been furnished with a memorandum opinion for their information only, which sets forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 30.25(b).